**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6879**

RICHARD D. MOISE,

        Plaintiff - Appellant,

    v.

STATE OF MARYLAND; LARRY HOGAN, Governor,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge. (1:20-cv-03330-RDB)

Submitted: September 9, 2021        Decided: September 14, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard D. Moise, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard D. Moise, a Maryland inmate, appeals the district court's orders dismissing his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915(e)(2)(B) and denying his motion to amend the judgment. In his complaint, Moise asserted an access-to-courts claim based on a state postconviction court's decision that required Moise to litigate his postconviction claims through counsel. Because the Sixth Amendment right to self-representation does not extend beyond a defendant's criminal trial, *Martinez v. Ct. of Appeal of Cal.*, 528 U.S. 152, 160, 163 (2000), we agree that dismissal was warranted. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*